## Case No. 15,797.

### UNITED STATES v. The MONTE CHRISTO.

[The case reported under above title in 17 Int. Rev. Rec. 31, is the same as Case No. 9, 720.]